**[Dodefmap]** [Adversary Order Abating Motion for Deficiencies]

ORDERED.

**Dated: November 16, 2018**

Karen S. Jennemann
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re:<br>Terry Hong–Yin Chan<br>Jacquelyn Angiulli Chan<br>　　　　　Debtor*　　　　/ | Case No. 6:18–bk–03297–KSJ<br>Chapter 7 |
| Baoyang Chen<br><br>　　　　Plaintiff* | |
| vs.<br>Terry Hong–Yin Chan<br>Jacquelyn Angiulli Chan<br>　　　　Defendant*　　　/ | Adv. Pro. No. 6:18–ap–00098–KSJ |

### *ORDER ABATING Motion to Dismiss Adversary Proceeding*

    THIS CASE came on for consideration, without hearing, of the Motion to Dismiss Adversary Proceeding (the "Motion ") (Doc. No. 11 ) filed by Jacquelyn Angiulli Chan and Terry Hong–Yin Chan . After review, the Court determines that the Motion is deficient as follows:

        The language used in the negative notice legend does not substantially conform to the approved negative notice legend language or includes an incorrect or incomplete address, including suite number when applicable, for the Court. Local Rule 2002–4.

    Accordingly, it is

**ORDERED:**

Consideration of the Motion to Dismiss Adversary Proceeding is abated until the deficiency is corrected.

The Clerk's office is directed to serve a copy of this order on interested parties.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.
*All references to "Plaintiff" or "Defendant" shall include and refer to multiple plaintiffs or defendants.