ORDERED.

Dated: January 17, 2019

_____
Karen S. Jennemann
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re | ) |
| | ) |
| TERRY HONG-YIN CHAN and | ) Case No. 6:18-bk-03297-KSJ |
| JACQUELYN ANGIULLI CHAN, | ) Chapter 7 |
| | ) |
| Debtors. | ) |
| | ) |
| BAOYANG CHEN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Adversary No. 6:18-ap-00098-KSJ |
| | ) |
| TERRY HONG-YIN CHAN and | ) |
| JACQUELYN ANGIULLI CHAN., | ) |
| | ) |
| Defendants. | ) |

**ORDER GRANTING MOTION TO DISMISS WITH LEAVE
TO AMEND AND DENYING MOTION TO CONSOLIDATE**

This adversary proceeding came before the Court to consider the Defendants' Amended Motion to Dismiss (Doc. No. 13), Motion to Consolidate (Doc. No. 9), and related responses (Doc. Nos. 10, 15). After reviewing the pleadings and considering the positions of all interested parties, it is

**ORDERED:**

1. The Motion to Dismiss (Doc. No. 13) is **GRANTED**, with leave to file an amended complaint separating the relief requested into distinct counts by **February 1, 2019.**

2. Defendants are directed to answer any timely filed amended complaint by **February 15, 2019.**

3. If no timely amended complaint is filed, the Court will dismiss the adversary proceeding with prejudice.

4. The Motion to Consolidate (Doc. No. 9) is **DENIED.**

5. There is a pretrial conference scheduled for **2:45 p.m. on February 20, 2019**, in Courtroom A on the Sixth Floor, 400 West Washington Street, Orlando, Florida, 32801.

###

Attorney, John J. Bennett, is directed to serve a copy of this order on all interested parties who are non-CM/ECF users and file a proof of service within three days of entry of the order.