# EXHIBIT A



**GOLDLINK** 移民行业旗舰品牌
美加金联移民 成功率最高·免面试客户最多·服务品质最好

ISO9001质量体系认证    公安部首批资质认证    因私出入境协会常务理事单位    2012移民行业公信力品牌
加中贸易理事会会员    教育部留学资质认证    留学服务行业协会示范单位    2011最具品牌影响力移民机构

传统的直投项目（比区域中心项目更具优势）

# The Flavor of Cincinnati
## GSC餐饮连锁EB-5项目移民指南

13个 **直接** 就业机会

最快 **30天** 获得移民局 I-526 审批通过

**双重** 还款保障（带租约的房地产出售+3年累计运营利润的80%）

预计 **三年** 偿还EB-5投资本金

拥有 **48年** 悠久历史的著名快餐连锁品牌



名额仅12位
抢申热线
400-610-6008

传统直接投资项目\比区域中心项目更具典型优势

www.can-goldlink.com

**GOLDLINK**
美加金联移民

## GSC 餐饮连锁项目优势

● 每个投资人至少可创造 13 个直接就业机会，大大超出美国移民局的要求；

● 美国移民局非常欢迎这类可提供直接就业机会的项目，对此类 EB-5 项目的 I-526 申请审批时间最快为 30 天左右；

● 该项目属于传统的直投项目，比区域中心项目更具优势；

● 双重还款保障：带租约的房地产出售+3 年累计运营利润的 80%；

● 预计三年偿还 EB-5 投资本金，其它项目一般为五年后偿还本金；

● 餐饮产业属于全美雇佣人数最多的前 5 名产业；

● GSC 将每季度为 EB-5 投资者提供创造就业机会的书面文件；

● GSC 品牌始于 1965 年，历史悠久。口味独特的辣肉酱配方已经成为辛辛那提风味的代名词；

● GSC 集团具有 48 年丰富的快餐连锁店运营经验。

全国免费咨询热线：400-610-6008
工作日一线畅通：86-10-65264178
7x24小时移民专家热线：13671039588
地址：北京市朝阳区 光华路22号 光华路SOHO 2单元 11层 1107室
邮政编码：100020

ISO9001质量体系认证
加中贸易理事会会员
2011年最具有品牌影响力移民机构

公安部首批资质认证
教育部留学资质认证
2012年移民行业公信力品牌

成功率最高 · 免面试客户最多 · 服务品质最好

传统的直投项目（比区域中心项目更具优势）

**GOLDLINK**
美加金联移民

## GSC 餐饮连锁项目简介

**项目概述：**

Gold Star Chili (GSC) 快餐连锁 EB-5 项目，由 GSC 集团开发，将在以辛辛那提集团总部为中心的 300 公里半径内发展 12 家连锁餐饮店，每个餐厅的规模预计在 200-250 平方米。GSC 项目共 12 位投资人计划创造至少 156 个就业机会，每位投资人保守计算可创造 13 个就业机会。GSC 集团将会连同 EB-5 投资者共同出资 900 万美元用于此 12 家餐饮店的房地产购买以及初期运营经费。预计 2 年内完成这 12 家餐饮店的建设并启动运营，3 年偿还 EB-5 投资本金。

Gold Star Chili 创始于 1965 年，是俄亥俄州辛辛那提市著名的口味独特的快餐连锁品牌。

**项目概况：**

投资名额：共 12 位投资人

可创就业：该项目可为每位投资人创造 13 个直接就业机会（不算间接就业机会）

总投资额：900 万美元，其中 GSC 集团投入 300 万美元，EB-5 资金占 600 万美元

投资方式：优先股

投资回报：每年 2%股息

投资周期：预计 3 年左右

工程周期：单店开工后 100 天左右投入运营，2 年内完成 12 家连锁店

还款方式：带租约的房地产出售 + 连锁店运营利润的 80%

全国免费咨询热线：400-610-6008
工作日一线畅通：86-10-65264178
7x24小时移民专家热线：13671039588
地址：北京市朝阳区 光华路22号 光华路SOHO 2单元 11层 1107室
邮政编码：100020

ISO9001质量体系认证
加中贸易理事会会员
2011年最具有品牌影响力移民机构

公安部首批资质认证
教育部留学资质认证
2012年移民行业公信力品牌

成功率最高 · 免面试客户最多 · 服务品质最好

传统的直投项目（比区域中心项目更具优势）

**GOLDLINK**
美加金联移民

www.can-goldlink.com

## GSC 餐饮连锁项目简介

### 1. 选择投资者人均创造就业机会高的项目——餐饮行业属于全美雇佣人数最多的前 5 名产业

**Top 50 Industries with the Largest Employment**

Displaying Records 1 - 25 of 50　　　　　　　Next 25 >　　　　　　　Show All Records

| # | Industry | Employment 2010 |
|---|---|---|
| 1 | Elementary and secondary schools; local | 7,429,900 |
| 2 | Full-service restaurants | 4,465,900 |
| 3 | General medical and surgical hospitals; private | 4,374,800 |
| 4 | Limited-service eating places | 4,001,400 |
| 5 | Employment services | 2,716,700 |
| 6 | Grocery stores | 2,463,500 |
| 7 | Offices of physicians | 2,315,800 |
| 8 | Colleges, universities, and professional schools; State | 2,020,900 |
| 9 | Management of companies and enterprises | 1,863,000 |
| 10 | Depository credit intermediation | 1,733,400 |
| 11 | Nursing care facilities | 1,660,800 |
| 12 | Colleges, universities, and professional schools; private | 1,592,400 |
| 13 | Department stores | 1,487,600 |
| 14 | Other general merchandise stores | 1,483,000 |
| 15 | Computer systems design and related services | 1,441,500 |
| 16 | Legal services | 1,113,700 |
| 17 | Home health care services | 1,080,600 |
| 18 | Clothing stores | 1,062,800 |
| 19 | Automobile dealers | 1,006,400 |
| 20 | Building material and supplies dealers | 1,001,200 |

原始资料来源：美国劳动统计局　专业统计及就业预测办公厅　http://www.bls.gov/emp/

云资料·仅供参考

全国免费咨询热线：400-610-6008
工作日一线畅通：86-10-65264178
7x24小时移民专家热线：13671039588
地址：北京市朝阳区 光华路22号 光华SOHO 2单元 11层 1107室
邮政编码：100020

ISO9001质量体系认证　　公安部首批资质认证
加中贸易理事会会员　　　教育部留学资质认证
2011年最具有品牌影响力移民机构　2012年移民行业公信力品牌

成功率最高 · 免面试客户最多 · 服务品质最好

传统的直投项目（社区域中心项目更具优势？）

www.can-goldlink.com



GOLDLINK
美加金联移民

## GSC 餐饮连锁项目简介

**2.** 选择无争议的直接就业机会的项目——每位投资人创造 13 个直接就业机会，保障了 I–829 100% 的通过率

直接就业机会 ＋ 间接就业机会 ＋ 诱发的就业机会

不固定，计算方案易变

GSC 计划创造至少 156 个就业，即每投资者保守计算可创造 13 个就业机会

| GSC连锁店平均单店全职岗位安排 | 人数 |
|---|---|
| 店长 | 1人 |
| 领班 | 2人 |
| 厨师 | 2人 |
| 帮厨 | 3人 |
| 洗碗工（兼职） | 0人 |
| 服务员 | 4人 |
| 收银员 | 1人 |
| 平均单店全职岗位数总计 | 13人 |

本资料仅作参考

全国免费咨询热线：400-610-6008
工作日一线畅通：86-10-65264178
7x24小时移民专家热线：13671039588
地址：北京市朝阳区 光华路22号 光华路SOHO 2单元 11层 1107室
邮政编码：100020

ISO9001质量体系认证
加中贸易理事会会员
2011年最具有品牌影响力移民机构

公安部首批资质认证
教育部留学资质认证
2012年移民行业公信力品牌

成功率最高 · 免面试客户最多 · 服务品质最好

传统的直投项目、优选中心项目更具优势

www.can-goldlink.com

GOLDLINK
美加金联移民

名额仅**12**位  抢申热线：400-610-6008

## GSC 餐饮连锁项目简介

## GSC 将每季度为 EB-5 投资者提供创造就业机会的书面文件

### GSC Opportunities LP

**ILLUSTRATIVE SAMPLE**

EB-5 Investor Job Creation Certification     就业机会证明

To:    Mr. [INVESTOR NAME]                职员人名
From: GSC Opportunities LP
Date: 12 31 2013
Re:    Investor Job Allocation              岗位

---

This memo is to confirm the employment of the following individuals at GSC    社会保险号码
Opportunities LP.  As of 12 31 2013, the following individuals are full time
employees of the facility.

| | Name | Position | Social Security # |
|---|---|---|---|
| 1 | Gina Garcia | General Manager | XXX-XX-3291 |
| 2 | Alisa Valderrama | Crew Member | XXX-XX-3791 |
| 3 | BJ Penn | Steam Table | XXX-XX-8411 |
| 4 | Anderson Silva | Steam Table | XXX-XX-9188 |
| 5 | Jeff Shields | Prep Cook | XXX-XX-6685 |
| 6 | Royce Gracie | Busser | XXX-XX-1493 |
| 7 | Benson Henderson | Server | XXX-XX-7793 |
| 8 | Frank Edgar | Server | XXX-XX-1275 |
| 9 | Benson Henderson | Server | XXX-XX-5924 |
| 10 | Charles Lydick | Cashier | XXX-XX-7664 |

本资料仅供参考

全国免费咨询热线：400-610-6008
工作日一线畅通：86-10-65264178
7x24小时移民专家热线：13671039588
地址：北京市朝阳区 光华路22号 光华路SOHO 2单元 11层1107座
邮政编码：100020

ISO9001质量体系认证
加中贸易理事会会员
2011年最具品牌影响力移民机构

公安部首批资质认证
教育部留学资质认证
2012年移民行业公信力品牌

成功率最高 · 免面试客户最多 · 服务品质最好

传统的直投项目（地区域中心项目更具优势）

GOLDLINK
美加金联移民

www.can-goldlink.com

## 行业稳定

### 全美快速餐饮市场

快餐厅数量：30万家（占全美58.3%）

全年快餐业销售额：$1840亿美元（占全美50.8%）

资料来源：IBISWorld Report 2010

### 俄亥俄州餐饮市场



餐厅数量：约21,300家

全州餐饮行业年销售额：约$166亿美元（约全美4.6%）

资料来源：2010美国全国餐厅协会报告

全国免费咨询热线：400-610-6008

工作日一线畅通：86-10-65264178

7x24小时移民专家热线：13671039588

地址：北京市朝阳区 光华路22号 光华路SOHO 2单元 11层 1107室

邮政编码：100020

ISO9001质量体系认证

加中贸易理事会会员

2011年最具有品牌影响力移民机构

公安部首批资质认证

教育部留学资质认证

2012年移民行业公信力品牌

成功率最高 · 免面试客户最多 · 服务品质最好

传统的置投项目（比汲区域中心项目更具其优势 ）


GOLDLINK
美加金联移民

www.can-goldlink.com

## 品牌保障

### 成功餐饮连锁的特点



历史悠久的品牌

具有地方特色
口味独特的美食

成功的
餐饮连锁店所具备的
特点

中央质量控制

复制性高

Gold Star Chili 快餐连锁创始于 1965 年，并成为俄亥俄州辛辛那提市独特口味的快餐连锁品牌。GSC 的美式辣肉酱 (Chili) 是早期美国拓荒者在生活中一种不可缺少的菜肴，有稳定的客户群，类似于天津的狗不理包子，上海的小汤包，武汉的热干面。Chili 餐饮发展至今已属于美国中部居民主食的一种选择，并有各种独特口味的做法，在全美各地被创造出来。每年美国还有一个 Chili 餐饮大赛来选出年度最佳 Chili。

GSC 与俄亥俄州和肯塔基州的许多知名企业建立了合作关系。目前，GSC 已经是辛辛那提国家橄榄球联盟队 Bengals、辛辛那提国际机场、辛辛那提大学拉普体育馆、辛辛那提儿童医院医疗中心、青少年联盟棒球队——莱克星顿传奇的官方指定的供应商。

本资料仅供参考

全国免费咨询热线：400-610-6008

工作日一线畅通：86-10-65264178

7x24小时移民专家热线：13671039588

地址：北京市朝阳区 光华路22号 光华路SOHO 2单元 11层 1107室

邮政编码：100020

ISO9001质量体系认证

加中贸易理事会会员

2011年最具有品牌影响力移民机构

公安部首批资质认证

教育部留学资质认证

2012年移民行业公信力品牌

成功率最高 · 免面试客户最多 · 服务品质最好



www.can-goldlink.com

## 品牌保障

### GSC 核心发展地区



覆盖俄亥俄州西南地区，肯德基州北部，以及印第安纳州东南地区

### 以辛辛那提市为中心的连锁发展分布

**蓝点：** 现有地点
**红圈：** EB-5 投资批点
尚有 4 个点在邻州



全国免费咨询热线：400-610-6008
工作日一线畅通：86-10-65264178
7x24小时移民专家热线：13671039588
地址：北京市朝阳区 光华路22号 光华路SOHO 2单元 11层 1107室
邮政编码：100020

ISO9001质量体系认证
加中贸易理事会会员
2011年最具有品牌影响力移民机构

公安部首批资质认证
教育部留学资质认证
2012年移民行业公信力品牌

**成功率最高 · 免面试客户最多 · 服务品质最好**

传奇的重投项目0400 风投 Doc 项目 更具优势 06/1 age 11

**GOLDLINK 美加金联移民**

www.can-goldlink.com

## 投资安全保障

### 快速餐饮模式三个成功步骤:


挑选上佳的地段
购买地产


转移店铺
并进行经营



### 双重保障的安全的 EB-5 投资还款方式

带租约的房地产出售
(约 764 万美元)

+

3 年运营利润 80% 累计
(约 150 万美元)

### 直接购买房地产,为投资保值

已经签署购买意向书的部分地产



Downtown Cincinnati
814 Plum Street
Cincinnati,OH 45707
房地产评估价值: 496,000美元



Downtown        Cincinnati
8E.Fourth        Street
Cincinnati,OH        45202
房地产评估价值: 1,100,000美元



UC    Area    /    Clifton
209    West    McMillan
Cincinnati,OH        45211
房地产评估价值: 799,000美元

全国免费咨询热线 : 400-610-6008
工作日一线畅通 : 86-10-65264178
7x24小时移民专家热线 : 13671039588
地址 : 北京市朝阳区 光华路22号 光华路SOHO 2单元 11层 1107室
邮政编码 : 100020

ISO9001质量体系认证
加中贸易理事会会员
2011年最具品牌影响力移民机构

公安部首批资质认证
教育部留学资质认证
2012年移民行业公信力品牌

成功率最高 · 免面试客户最多 · 服务品质最好

专项的目灭项目（优区域中心项目更具优势）

www.can-goldlink.com



## GSC 餐饮连锁项目申请条件

1、申请人年满 21 周岁；

2、申请人无犯罪记录；

3、申请人需拥有 50 万美元以上的资产，可以是赠与、继承等方式，但必须是取自合法正当的途径。

注:申请人无需有学历、语言、经商或工作经验的背景。

全国免费咨询热线：400-610-6008

工作日一线畅通：86-10-65264178

7x24小时移民专家热线：13671039588

地址：北京市朝阳区 光华路22号 光华路SOHO 2单元 11层 1107室

邮政编码：100020

ISO9001质量体系认证

加中贸易理事会会员

2011年最具有品牌影响力移民机构

公安部首批资质认证

教育部留学资质认证

2012年移民行业公信力品牌

成功率最高 · 免面试客户最多 · 服务品质最好

传统的直投项目 vs 低风险中心项目 让我做优势？



www.can-goldlink.com

## GSC 餐饮连锁项目费用清单

| 收费项目 | 金额 |
| --- | --- |
| 服务费 | 一次付款：60000.00 人民币<br>分次付款：70000.00 人民币 |
| 投资款 | 500000.00 美元 |
| 律师费、项目管理费 | I-526、I-829 律师费 15000.00 美元<br>管理费 45000.00 美元 |
| I-526 申请费 | 1500.00 美元（每户家庭） |
| 翻译费 | 约 3000.00 人民币（根据申请人的材料、资产数额情况而不同） |
| 公证费 | 约 2000.00 人民币（根据申请人的材料、资产数额情况而不同） |
| NVC 签证费 | 405.00 美元（每人） |
| 体检费 | 约 3000.00 人民币（一家三口） |
| I-829 解除条件申请费 | 3750.00 美元<br>身份认证费 85.00 美元（每人） |

全国免费咨询热线：400-610-6008
工作日一线畅通：86-10-65264178
7x24小时移民专家热线：13671039588
地址：北京市朝阳区 光华路22号 光华路SOHO 2单元 11层 1107室
邮政编码：100020

ISO9001质量体系认证
加中贸易理事会会员
2011年最具有品牌影响力移民机构
2012年移民行业公信力品牌

公安部首批资质认证
教育部留学资质认证

成功率最高 · 免面试客户最多 · 服务品质最好



www.can-goldlink.com



全国免费咨询热线：400-610-6008
工作日一线畅通：86-10-65264178
7x24小时移民专家热线：13671039588
地址：北京市朝阳区 光华路22号 光华路SOHO 2单元 11层 1107室
邮政编码：100020

ISO9001质量体系认证
加中贸易理事会会员
2011年最具有品牌影响力移民机构

公安部首批资质认证
教育部留学资质认证
2012年移民行业公信力品牌

成功率最高 · 免面试客户最多 · 服务品质最好

传奇的重投项目400亿，尽显中心项目 更具优势 

www.can-goldlink.com

## GSC 餐饮连锁项目所需文件

### 所需文件

主申请人的简历

全家出生证明公证

婚姻公证

全家无犯罪证明公证

主副申请人学历学位证复印件

全家身份证、户口簿、护照复印件

全家美国移民标准相片

公司的营业执照复印件

公司近 3 年财务报表复印件

房产证复印件、购房合同、发票、契税发票

股票账户开户资料、交割单的复印件

继承或赠予文件

换汇转款文件

**温馨提示：美国投资移民申请需要的材料基本如上，根据每人的情况不同，会有所差异。我们公司的美国移民律师、资深文案会根据您的具体情况，为您量身制定申请方案并制作全套文案！**

全国免费咨询热线：400-610-6008

工作日一线畅通：86-10-65264178

7x24小时移民专家热线：13671039588

地址：北京市朝阳区 光华路22号 光华路SOHO 2单元 11层 1107室

邮政编码：100020

ISO9001质量体系认证

加中贸易理事会会员

2011年最具品牌影响力移民机构

公安部首批资质认证

教育部留学资质认证

2012年移民行业公信力品牌

**成功率最高 · 免面试客户最多 · 服务品质最好**



传统的直投项目（优选区域中心项目更具优势）

www.can-goldlink.com

## GSC 餐饮连锁项目常见问题

**1、美国投资移民就业机会计算方式有哪些？**

答：美国移民法规定，每份投资移民申请必须创造至少 10 个就业机会，这 10 个就业机会包括直接就业机会、间接就业机会、诱发就业机会。直接就业机会是按所在岗位就业的真实人数统计上报移民局即可，是无争议的就业机会，对转永久绿卡有充分保证。间接就业机会、诱发就业机会是通过经济学家的一些计算公式计算出的，是有争议的就业机会，对转永久绿卡存在风险。

**2、为什么创造直接就业机会的 EB-5 项目更具优势，审批速度更快？**

答：直接就业机会是按所在岗位就业的真实人数统计上报移民局，是真实的、毫无争议的，这种方式一目了然，美国移民局非常欢迎创造直接就业机会的项目，所以 I-526 的审批速度很快。比如维尔兰特生物能源项目，由于创造的是直接就业机会，并超出移民局所要求的 10 个就业数，因此该项目已有一个成功案例打破了行业最快纪录——13 天获 I-526 审批通过。

而间接就业机会、诱发就业机会的计算公式虽然得到了美国移民局的认可，但计算方式众多，目前没有任何权威的计算方法，美国移民局不得不聘用经济学家对每个区域中心创造的间接就业机会、诱发就业机会进行重新计算和严格审查，造成区域中心申请周期长达 12 个月以上，以及某些区域中心夸大就业人数，导致申请被拒。

**3、什么是直投项目，什么是区域中心项目？**

答：美国投资移民方式主要分为直接投资移民项目和区域中心投资移民项目，直投项目是传统的美国移民项目，而区域中心项目则是"后来者"，主要是试点项目。直投项目是申请人将资金直接投入在创造就业机会的实体里面，所创造的就业机会全部是毫无争议的直接就业机会。区域中心项目是申请人将资金通过移民局批准的投资移民区域中心（Regional Center），间接的投入到创造就业机会的实体里，所创造的就业机会绝大多数为间接就业机会或诱发就业机会。

以下转译自美国移民局官方网站：

网址：http://www.uscis.gov/ilink/docView/AFM/HTML/AFM/0-0-0-1/0-0-0-6330/0-0-0-8263.html

**直投项目—即基础（非试点）项目：**

《移民和国际法案》第 203（b）(5)项规定每个财政年度最多有 10000 个签证名额签发给在美国投资创办全新的商业企业或正在积极投资创办全新的商业企业的外国企业家（及他们的配偶和未婚的未成年的子女）；

全国免费咨询热线：400-610-6008
工作日一线畅通：86-10-65264178
7x24小时移民专家热线：13671039588
地址：北京市朝阳区 光华路22号 光华路SOHO 2单元 11层 1107室
邮政编码：100020

ISO9001质量体系认证
加中贸易理事会会员
2011年最具有品牌影响力移民机构

公安部首批资质认证
教育部留学资质认证
2012年移民行业公信力品牌

成功率最高 · 免面试客户最多 · 服务品质最好



传销直投项目400-610-6008风险 Doc 22-1项目更高 06/1 ger 17

www.can-goldlink.com

**GOLDLINK 美加金联移民**

## GSC 餐饮连锁项目常见问题

所指的全新商业企业可采用任何合法的商业模式，包括有限合伙企业，须有益于美国经济并且直接创造不少于 10 个全职工作给符合要求的雇员（即美国公民、永久居民及其他被授权合法工作的移民），房产等非商业活动则不符合要求。总的来讲，该法案规定投资额至少为 100 万美元。

区域中心----试点项目：
该项目最初于 1992 年实施。每年 10000 个 EB-5 签证名额中有 3000 个拨给在美国移民局制定的"区域中心"进行投资的外国人以促进经济发展、提高区域生产力、创造就业及增加国内资本投资。

**4、为什么直投项目的投资额有 100 万美金和 50 万美金？**
答：常规直投项目为 100 万美金。美国政府为了鼓励投资者去那些最需要创造就业机会的地区投资，在《移民和国际法案》第 203（b）(5)（B）项中规定：从 10000 个签证名额中选拨出 3000 个名额给在"目标就业地区"投资的外国人，该法案将这些"目标就业地区"定义为偏远（农村）地区或拥有高失业率的地区（TEA 地区）。目前，在这些地区投资的投资额为 50 万美金。

以上转详自美国移民局官方网站：
网址：http://www.uscis.gov/ilink/docView/AFM/HTML/AFM/0-0-0-1/0-0-0-6330/0-0-0-8263.html

**5、直投项目为什么比区域中心项目更具优势？**
答：直投项目创造的就业机会是毫无争议的直接就业机会，很受美国移民局的欢迎，这使得 I-526 审核周期大幅度缩短，比如维尔兰特生物能源项目已有一个成功案例，便创造了 13 天获 I-526 审批通过的行业最快纪录。

而区域中心项目几乎都是间接、诱发的就业机会"混搭"， 计算方式众多，目前没有任何权威的计算方法，美国移民局不得不聘用经济学家对每个区域中心创造的间接就业机会、诱发就业机会进行重新计算和严格审查，造成区域中心申请周期长达 12 个月以上，或某些区域中心夸大就业人数，导致申请被拒。这不仅增加了 I-526 审批周期，同时也增大了对 I-829 永久绿卡的风险。

特别是从 2012 年下半年以来，区域中心项目剧增、项目鱼龙混杂、良莠不齐，通过区域中心项目实现移民的人数激增，美国政府对于区域中心审查变得越来越严格，随着区域中心审查的加强，成功率必然下降，直投项目成功率高的优势就会越来越突出。

**6、为什么挑选 EB-5 项目首要考虑所属行业是否安全稳定？**
答：选择 EB-5 项目首要考虑所属行业的稳定性。受经济波动影响较小、收益稳定的行业，意味着项目具有极高的抵御风险的能力，以及拥有可预计的利润，这对投资款的安全、I-829 的解除有着至关重要的影响。

全国免费咨询热线：400-610-6008
工作日一线畅通：86-10-65264178
7x24小时移民专家热线：13671039588
地址：北京市朝阳区 光华路22号 光华路SOHO 2单元 11层 1107室
邮政编码：100020

ISO9001质量体系认证
加中贸易理事会会员
2011年最具有品牌影响力移民机构

公安部首批资质认证
教育部留学资质认证
2012年移民行业公信力品牌

**成功率最高 · 免面试客户最多 · 服务品质最好**

www.can-goldlink.com

**GOLDLINK 美加金联移民**

## GSC 餐饮连锁项目常见问题

**7、此项目是否坐落在"目标就业地区(TEA)"里？**
答：是的。每一个餐馆都位于 TEA 区域，故投资额为 50 万美元。

**8、GSC 餐饮连锁项目是不是一个区域中心的项目？**
答：否，GSC 项目是一个直接投资的 EB-5 项目，不在区域中心里面。

**9、GSC 餐饮连锁项目会产生多少就业机会？**
答：此项目会创造出 156 个直接的就业机会。所有的工作都是直接雇佣的。公司也将在每个运营季度为每位投资者提供雇佣证明文件证明直接就业聘用状态。

**10、资金的来源以及用途如何安排？**
答：所投入的资金将会用来：
i) 建设；
ii) 设备；
iii) 运营及营销；
iv) 公司所需要的其他流动资金。

**11、谁是 GSC 餐饮连锁项目的投资方？**
答：项目投资方是 Gold Star, Inc.。创始于 1965 年，并成为俄亥俄州辛辛那提市独特口味的快餐连锁品牌。Gold Star, Inc. 是一家私人公司，如今在 Ohio, Kentucky, and Indiana 州运营着 90 多家美式辣肉酱餐馆。

**12、我如何知道这个项目会有足够的资金用来投入？**
答：Gold Star, Inc. 签署有投资保证书，每个连锁餐馆都投入约$250,000 美元。Gold Star, Inc. 有足够的经济实力来保证投资总额及时的投入项目。

**13、整个项目本身的开发周期以及相关的移民流程时间表如何安排？**
答：单店开工 100 天左右投入运营，每期开工 3-4 家，GSC 预计在 16 个月内使 12 家店投入运营 而 EB-5 投资者转 I-829 永久绿卡最早会在 2015 年 5 月，所以不会存在就业不到位的情况。

**14、项目的投资退出方式如何？投资者的还款顺位如何安排？**
答：3 年后，项目提供两种还款渠道：1）带租约的房产出售 +2）每年项目运营利润的 80%。GSC 餐饮连锁项目的资金只有项目方和 EB-5 投资人，没有银行贷款和其他投资人，EB-5 投资人是优先股，为第一顺位还款。

全国免费咨询热线：400-610-6008
工作日一线畅通：86-10-65264178
7x24小时移民专家热线：13671039588
地址：北京市朝阳区 光华路22号 光华路SOHO 2单元 11层1107室
邮政编码：100020

ISO9001质量体系认证
加中贸易理事会会员
2011年最具有品牌影响力移民机构

公安部首批资质认证
教育部留学资质认证
2012年移民行业公信力品牌

成功率最高 · 免面试客户最多 · 服务品质最好



传统的直投项目（免风险的一站主运营中心项目）更具优势/

www.can-goldlink.com

# GSC 餐饮连锁项目常见问题

**15、GSC 餐饮连锁项目风险大吗？项目一旦失败，投资人能得到补偿吗？**

答：餐饮行业是全美雇佣人数最多的前 5 名产业，快速餐饮占全美餐饮市场的 58.3%，销售额占全美餐饮的 50.8%，行业稳定，风险小，无需担心项目会失败。

本项目还款方式是带租约的房地产出售，总购买价值 680 万美金，装修投入使用后最低价值为 764 万美金，投资人投资款会得到足够的保证。

**16、EB-5 资金在申请阶段有银行监管吗？项目方后期资金运作谁来监督？**

答：直投的 EB-5 资金有银行监管，要签署监管协议。项目方后期资金运作由 MASON 公司来监督。

**17、直投项目的就业人数统计如何确认每个就业职位都是真实必要的？**

答：直投项目的商业计划书中详细说明了根据行业、规模需要多少个职位，每个职位的工作职责都不可或缺和不重复。

**18、直投项目需要 EB-5 投资人参与管理经营吗？**

答：直投项目有专业的管理团队，不需要 EB-5 投资人参与管理。

**19、直投项目近期才出现，不知将来是否会出问题，需要时间来观察？**

答：早在 1990 年美国投资移民开始时，直投就开始运作，历史悠久，模式成熟，移民局批复时间短。



全国免费咨询热线：400-610-6008
工作日一线畅通：86-10-65264178
7x24小时移民专家热线：13671039588
地址：北京市朝阳区 光华路22号 光华路SOHO 2单元 11层 1107室
邮政编码：100020

ISO9001质量体系认证                公安部首批资质认证
加中贸易理事会会员                教育部留学资质认证
2011年最具有品牌影响力移民机构        2012年移民行业公信力品牌

**成功率最高 · 免面试客户最多 · 服务品质最好**

**GOLDLINK 美加金联移民**

www.can-goldlink.com

名额仅 **12** 位 抢申热线：400-610-6008

## 公司部分荣誉



现任印第安纳州众院议员兼州教委主任 Mr.Jerry L.Chang 合影



总经理与美国国务院希拉里之弟现任希望基金总载拉德汉姆合影



总经理与美国国际投资主管兼主任 Mr.Mark Gran 合影



总经理与美国阿加州波莫納市副市长 Mr.Stephen Atchley 合影



总经理与阿拉巴马市长 Ms.Jamie Tillery（右一）国际投资美国中心主任 Mr.Ron Drinkard（左一）合影



总经理与 Mason Investments 公司总载齐于乐先生合影



总经理与美国凯撒市常务市长 Mr Jim Thompson 合影



总经理与公司特别顾问美国移民局前移民官兼上诉复议法官雷吉·休斯先生合影



总经理与 rumInt 风险评估公司合伙人 Kevin Jeffers（左一）PN 霍夫曼公司首席运营官总载 MontyHoffman（右一）合影



总经理与美国亚利桑达州区域中心总载 Mr.Kyle Scott 合影



总经理与美国海湾基金管理公司总载兼 CEO 王晓麟先生合影



总经理与美国驻华大使馆官员 Mr.Richard Craig 合影

全国免费咨询热线：400-610-6008
工作日一线畅通：86-10-65264178
7x24小时移民专家热线：13671039588
地址：北京市朝阳区 光华路22号 光华路SOHO 2单元 11层 1107室
邮政编码：100020

ISO9001质量体系认证　　公安部首批资质认证
加中贸易理事会会员　　教育部留学资质认证
2011年最具有品牌影响力移民机构　　2012年移民行业公信力品牌

成功率最高 · 免面试客户最多 · 服务品质最好

Booklet with Translations



**GOLDLINK 美加金联移民** 移民行业旗舰品牌

成功率最高 · 免面试客户最多 · 服务品质最好

ISO9001质量体系认证　公安部首批资质认证　因私出入境协会常务理事单位　2012移民行业公信力品牌
加中贸易理事会会员　教育部留学资质认证　留学服务行业协会示范单位　2011最具品牌影响力移民机构

传统的直投项目（比区域中心项目更具优势）

# The Flavor of Cincinnati
## GSC餐饮连锁EB-5项目移民指南

13个 **直接** 就业机会

最快 **30天** 获得移民局 I-526 审批通过

**双重** 还款保障（带租约的房地产出售+3年累计运营利润的80%）

预计 **三年** 偿还EB-5投资本金

拥有 **48年** 悠久历史的著名快餐连锁品牌



名额仅12位
抢申热线
400-610-6008

Google Translation of Body of Previous Page

Unable to translate cover page due to document formatting.

传统的直投项目（比区域中心项目更具优势）

www.can-goldlink.com

**GOLDLINK**
美加金联移民

## GSC 餐饮连锁项目优势

● 每个投资人至少可创造 13 个直接就业机会，大大超出美国移民局的要求；

● 美国移民局非常欢迎这类可提供直接就业机会的项目，对此类 EB-5 项目的 I-526 申请审批时间最快为 30 天左右；

● 该项目属于传统的直投项目，比区域中心项目更具优势；

● 双重还款保障：带租约的房地产出售+3 年累计运营利润的 80%；

● 预计三年偿还 EB-5 投资本金，其它项目一般为五年后偿还本金；

● 餐饮产业属于全美雇佣人数最多的前 5 名产业；

● GSC 将每季度为 EB-5 投资者提供创造就业机会的书面文件；

● GSC 品牌始于 1965 年，历史悠久。口味独特的辣肉酱配方已经成为辛辛那提风味的代名词；

● GSC 集团具有 48 年丰富的快餐连锁店运营经验。

本资料仅供参考

全国免费咨询热线：400-610-6008
工作一线畅通：86-10-65264178
7x24小时移民专家热线：13671039588
地址：北京市朝阳区 光华路22号 光华路SOHO 2单元 11层 1107室
邮政编码：100020

ISO9001质量体系认证
加中贸易理事会会员
2011年最具有品牌影响力移民机构

公安部首批资质认证
教育部留学资质认证
2012年移民行业公信力品牌

成功率最高 · 免面试客户最多 · 服务品质最好

### Google Translation of Body of Previous Page

## GSC restaurant chain project advantages

● Each investor can create at least 13 direct jobs, much beyond the requirements of the USCIS;

● The USCIS is very pleased to welcome such projects that provide direct employment opportunities. The I-526 application for such EB-5 projects will be approved for a maximum of 30 days;

● The project is a traditional direct investment project, more advantages than the regional center project;

● double repayment guarantee: 80% of the accumulated operating profit of the real estate for lease + 3 years;

● It is expected to repay the principal amount of EB-5 investment for three years. Other items are generally repayable for five years.

● The catering industry belongs to the top 5 industries with the largest number of employees in the United States;

● GSC will provide EB-5 investors with written documents for job creation on a quarterly basis;

● GSC brand began in 1965, has a long history. Taste unique spicy sauce recipe has become synonymous with Cincinnati flavor;

● GSC Group has 48 years of experience in fast food chain operations.

传统的直投项目（比区域中心项目更具优势）

www.can-goldlink.com

**GOLDLINK 美加金联移民**

## GSC 餐饮连锁项目简介

**项目概述：**

Gold Star Chili (GSC) 快餐连锁 EB-5 项目，由 GSC 集团开发，将在以辛辛那提集团总部为中心的 300 公里半径内发展 12 家连锁餐饮店，每个餐厅的规模预计在 200-250 平方米。GSC 项目共 12 位投资人计划创造至少 156 个就业机会，每位投资人保守计算可创造 13 个就业机会。GSC 集团将会连同 EB-5 投资者共同出资 900 万美元用于此 12 家餐饮店的房地产购买以及初期运营经费。预计 2 年内完成这 12 家餐饮店的建设并启动运营，3 年偿还 EB-5 投资本金。

Gold Star Chili 创始于 1965 年，是俄亥俄州辛辛那提市著名的口味独特的快餐连锁品牌。

**项目概况：**

投资名额：共 12 位投资人

可创就业：该项目可为每位投资人创造 13 个直接就业机会（不算间接就业机会）

总投资额：900 万美元，其中 GSC 集团投入 300 万美元，EB-5 资金占 600 万美元

投资方式：优先股

投资回报：每年 2% 股息

投资周期：预计 3 年左右

工程周期：单店开工后 100 天左右投入运营，2 年内完成 12 家连锁店

还款方式：带租约的房地产出售 + 连锁店运营利润的 80%

全国免费咨询热线：400-610-6008
工作日一线畅通：86-10-65264178
7x24小时移民专家热线：13671039588
地址：北京市朝阳区 光华路22号 光华路SOHO 2单元 11层 1107室
邮政编码：100020

ISO9001质量体系认证
加中贸易理事会会员
2011年最具有品牌影响力移民机构

公安部首批资质认证
教育部留学资质认证
2012年移民行业公信力品牌

成功率最高 · 免面试客户最多 · 服务品质最好

Google Translation of Body of Previous Page

Introduction to GSC Catering Chain Project

**Project Overview:**

Gold Star Chili (GSC) The fast food chain EB-5 project, developed by the GSC Group, will develop 12 chain restaurants in the 300 km radius centered on the Cincinnati Group headquarters, each of which is expected to be in the range of 200-250 square meters The GSC project A total of 12 investors plan to create at least 156 jobs, each investor conservative calculation can create 13 jobs. GSC Group will jointly invest US $ 9 million with EB-5 investors for real estate purchases and initial operating expenses for these 12 restaurants. Is expected within 2 years to complete the construction of these 12 restaurants and start operations, 3 years to repay EB-5 investment principal.

Gold Star Chili was founded in 1965 and is a unique fast-food chain in Cincinnati, Ohio.

**Project Overview:**

Investment places: a total of 12 investors

Employment: The project creates 13 direct employment opportunities for each investor (not an indirect job opportunity)

Total investment: $ 9 million, of which GSC Group invested $ 3 million, EB-5 funds accounted for $ 6 million

Investment: preferred stock

Return on investment: 2% per annum

Investment cycle: estimated about 3 years

Project cycle: 100 days after the start of a single store put into operation, 2 years to complete 12 stores

Repayment method: 80% of the operating profit of the chain with the lease of the real estate +

传统的直投项目（比区域中心项目更具其优势）

**GOLDLINK 美加金联移民**

www.can-goldlink.com

## GSC 餐饮连锁项目简介

### 1. 选择投资者人均创造就业机会高的项目——餐饮行业属于全美雇佣人数最多的前 5 名产业

**Top 50 Industries with the Largest Employment**

Displaying Records 1 - 25 of 50      Next 25 >      Show All Records

| # | Industry | Employment 2010 |
|---|---|---|
| 1 | Elementary and secondary schools; local | 7,429,900 |
| 2 | Full-service restaurants | 4,465,900 |
| 3 | General medical and surgical hospitals; private | 4,374,800 |
| 4 | Limited-service eating places | 4,001,400 |
| 5 | Employment services | 2,716,700 |
| 6 | Grocery stores | 2,463,600 |
| 7 | Offices of physicians | 2,315,800 |
| 8 | Colleges, universities, and professional schools; State | 2,020,900 |
| 9 | Management of companies and enterprises | 1,863,000 |
| 10 | Depository credit intermediation | 1,733,400 |
| 11 | Nursing care facilities | 1,660,800 |
| 12 | Colleges, universities, and professional schools; private | 1,592,400 |
| 13 | Department stores | 1,487,600 |
| 14 | Other general merchandise stores | 1,483,000 |
| 15 | Computer systems design and related services | 1,441,500 |
| 16 | Legal services | 1,113,700 |
| 17 | Home health care services | 1,080,600 |
| 18 | Clothing stores | 1,062,800 |
| 19 | Automobile dealers | 1,006,400 |
| 20 | Building material and supplies dealers | 1,001,200 |

原始资料来源：美国劳动统计局 - 专业统计及就业预测办公厅 http://www.bls.gov/emp/

本资料仅供参考

全国免费咨询热线：400-610-6008      ISO9001质量体系认证      公安部首批颁证认证
工作日一线畅通：86-10-65264178      加中贸易理事会会员      教育部留学资质认证
7x24小时移民专家热线：13671039588      2011年最具有品牌影响力移民机构      2012年移民行业公信力品牌
地址：北京市朝阳区 光华路22号 光华路SOHO 2单元 11层1107室
邮政编码：100020

成功率最高 · 免面试客户最多 · 服务品质最好

<u>Google Translation of Body of Previous Page</u>

**Introduction to GSC Catering Chain Project**

Unable to translate language above the "Top 50 Industries" diagram due to document formatting.

Majority of remaining text is in English.  Text beneath diagram reads: Source Source [sic]: US Bureau of Labor Statistics - Office of Professional Statistics and Employment Forecasts http://www.bls.gov/emp/.

传统的直接投资项目（包区域中心项目更具优势？）

www.can-goldlink.com

GOLDLINK
美加金联移民

## GSC 餐饮连锁项目简介

**2.** 选择无争议的直接就业机会的项目——每位投资人创造 13 个直接就业机会 保障了 I-829 100% 的通过率

直接就业机会 + 间接就业机会 + 诱发的就业机会

不固定，计算方案易变

GSC 计划创造至少 156 个就业，即每投资者保守 计算可创造 13 个就业机会

| GSC连锁店平均单店全职岗位安排 | 人数 |
|---|---|
| 店长 | 1人 |
| 领班 | 2人 |
| 厨师 | 2人 |
| 帮厨 | 3人 |
| 洗碗工（兼职） | 0人 |
| 服务员 | 4人 |
| 收银员 | 1人 |
| 平均单店全职岗位数总计 | 13人 |

全国免费咨询热线：400-610-6008
工作日一线畅通：86-10-6526417B
7x24小时移民专家热线：13671039588
地址：北京市朝阳区 光华路22号 光华路SOHO 2单元 11层 1107室
邮政编码：100020

ISO9001质量体系认证
加中贸易理事会会员
2011年最具有品牌影响力移民机构

公安部首批资质认证
教育部留学资质认证
2012年移民行业公信力品牌

本资讯版权归

成功率最高 · 免面试客户最多 · 服务品质最好

Google Translation of Body of Previous Page

Introduction to GSC Catering Chain Project

Unable to translate diagram due to document formatting.

Case 6:18-ap-00098-KSJ Doc 22-1 Filed 02/01/19 Page 32 of 62

GOLDLINK
美加金联移民

www.can-goldlink.com

传统的直投项目（优区域中心项目更具优势）

## GSC 餐饮连锁项目简介

## GSC 将每季度为 EB-5 投资者提供创造就业机会的书面文件

### ILLUSTRATIVE SAMPLE

EB-5 Investor Job Creation Certification ◄      就业机会证明

To:     AP [INVESTOR NAME]      职员人名

From: GSC Opportunities LP

Date: 12 31 2013

Re:     Investor Job Allocation      岗位

社会保险号码

This memo is to certify the employment of the following individuals at GSC Opportunities LP. As of 12 31 2013, the following individuals are full time employees of the facility.

| | Name | Position | Social Security # |
|---|---|---|---|
| 1 | Gus Garner | General Manager | XXX-XX-3391 |
| 2 | Alba Valderrama | Crew Member | XXX-XX-5761 |
| 3 | BJ Perro | Steam Table | XXX-XX-1411 |
| 4 | Anderson Silva | Steam Table | XXX-XX-5192 |
| 5 | Jeff Shishle | Prep Cook | XXX-XX-6681 |
| 6 | Kevin Gross | Busser | XXX-XX-1491 |
| 7 | Benson Henderson | Server | XXX-XX-7133 |
| 8 | Frank Edgar | Server | XXX-XX-1279 |
| 9 | Benson Henderson | Server | XXX-XX-5936 |
| 10 | Charles Leclel | Cashier | XXX-XX-7684 |

全国免费咨询热线：400-610-6008

工作日一线畅通：86-10-65264178

7x24小时移民专家热线：13671039588

地址：北京市朝阳区 光华路22号 光华路SOHO 2单元 11层 1107室

邮政编码：100020

ISO9001质量体系认证

加中贸易理事会会员

2011年最具有品牌影响力移民机构

公安部首批资质认证

教育部留学资质认证

2012年移民行业公信力品牌

成功率最高 · 免费试客户最多 · 服务品质最好

020020

Google Translation of Body of Previous Page

Introduction to GSC Catering Chain Project

Unable to translate language above the diagram due to document formatting.

传统的直投项目（比区域中心项目更具优势）

**GOLDLINK 美加金联移民**

www.can-goldlink.com

## 行业稳定

### 全美快速餐饮市场

快餐餐厅数量：30万家（占全美58.3%）
全年快餐业销售额：$1840亿美元（占全美50.8%）
资料来源：IBISWorld Report 2010

### 俄亥俄州餐饮市场



餐厅数量：约21,300家
全州餐饮行业年销售额：约$166亿美元（约全美4.6%）
资料来源：2010美国全国餐厅协会报告

全国免费咨询热线：400-610-6008
工作日一线畅通：86-10-65264178
7x24小时移民专家热线：13671039588
地址：北京市朝阳区 光华路22号 光华路SOHO 2单元 11层 1107室
邮政编码：100020

ISO9001质量体系认证
加中贸易理事会会员
2011年最具有品牌影响力移民机构

公安部首批资质认证
教育部留学资质认证
2012年移民行业公信力品牌

**成功率最高 · 免面试客户最多 · 服务品质最好**

Google Translation of Body of Previous Page

Industry Stability

Unable to translate text above and below the map due to document formatting.

传统的直投项目（比区域中心项目更具优势）

www.can-goldlink.com

**GOLDLINK**
美加金联移民

## 品牌保障

### 成功餐饮连锁的特点



历史悠久的品牌

具有地方特色
口味独特的美食

成功的
餐饮连锁店所具备的
特点

中央质量控制

复制性高

Gold Star Chili 快餐连锁创始于 1965 年，并成为俄亥俄州辛辛那提市独特口味的快餐连锁品牌。GSC 的美式辣肉酱 (Chili) 是早期美国拓荒者在生活中一种不可缺少的菜着，有稳定的客户群，类似于天津的狗不理包子，上海的小汤包，武汉的热干面。Chili 餐饮发展至今已属于美国中部居民主食的一种选择，并有各种独特口味的做法，在全美各地被创造出来。每年美国还有一个 Chili 餐饮大赛来选出年度最佳 Chili。

GSC 与俄亥俄州和肯塔基州的许多知名企业建立了合作关系。目前，GSC 已经是辛辛那提国家橄榄球联盟队 Bengals、辛辛那提国际机场、辛辛那提大学拉普体育馆、辛辛那提儿童医院医疗中心、青少年联盟棒球队——莱克星顿传奇的官方指定的供应商。

全国免费咨询热线：400-610-6008

工作日一线畅通：86-10-65264178

7x24小时移民专家热线：13671039588

地址：北京市朝阳区 光华路22号 光华路SOHO 2单元 11层 1107室

邮政编码：100020

ISO9001质量体系认证

加中贸易理事会会员

2011年最具有品牌影响力移民机构

公安部首批资质认证

教育部留学资质认证

2012年移民行业公信力品牌

**成功率最高 · 免面试客户最多 · 服务品质最好**

## Google Translation of Body of Previous Page

### Brand Protection

Unable to translate diagram due to document formatting.

Text below diagram is translated as follows:

Gold Star Chili fast food chain was founded in 1965, and become the unique taste of Cincinnati Ohio fast food chain brand. GSC American Chicken Sauce (Chili) is an early American pioneer in the life of an indispensable dishes, a stable customer base, similar to the dog in Tianjin, regardless of steamed buns, Shanghai's small soup package, Wuhan hot noodles The Chili dining development has so far been a choice for the staple food of central American residents and has a variety of unique tastes that have been created throughout the United States. Every year the United States also has a Chili catering contest to select the annual Chili.

GSC has established relationships with many well-known companies in Ohio and Kentucky. At present, GSC is already the official designated supplier of Cincinnati National Football League team Bengals, Cincinnati International Airport, Cincinnati University Lapu Stadium, Cincinnati Children's Hospital Medical Center, Youth League Baseball Team - Lexington Legend.

传统的直投项目（比区域中心项目更具优势）

**GOLDLINK 美加金联移民**

www.can-goldlink.com

## 品牌保障

### GSC 核心发展地区



覆盖俄亥俄州西南地区、肯德基州北部，以及印第安纳州东南地区

### 以辛辛那提市为中心的连锁发展分布

蓝点： 现有地点
红圈： EB-5 投资地点
尚有 x 个点在邻州



全国免费咨询热线：400-610-6008
工作日一线畅通：86-10-65264178
7x24小时移民专家热线：13671039588
地址：北京市朝阳区 光华路22号 光华路SOHO 2单元 11层 1107室
邮政编码：100020

ISO9001质量体系认证
加中贸易理事会会员
2011年最具有品牌影响力移民机构

公安部首批资质认证
教育部留学资质认证
2012年移民行业公信力品牌

成功率最高 · 免面试客户最多 · 服务品质最好

Google Translation of Body of Previous Page

Brand Protection

Unable to translate text above and between the maps due to document formatting.

传统的直投项目（比区域中心项目更具优势）

www.can-goldlink.com

**GOLDLINK 美加金联移民**

## 投资安全保障

快递餐饮模式三个成功步骤：

 挑选上佳的地段 购买地产

 整修店铺 并进行经营



### 双重保障的安全的 EB–5 投资还款方式

带租约的房地产出售 （约 764 万美元）

**+**

3 年运营利润 80% 累计 （约 150 万美元）

### 直接购买房地产，为投资保值

已经签署购买意向书的部分地产



Downtown Cincinnati
814 Plum Street
Cincinnati, OH 45707
房地产评估价值：496,000美元



Downtown          Cincinnati
8E.Fourth          Street
Cincinnati, OH      45202
房地产评估价值：1,100,000美元



UC        Area    /    Clifton
703        West         McMillan
Cincinnati, OH        45211
房地产评估价值：799,000美元

全国免费咨询热线：400-610-6008
工作日一线畅通：86-10-65264178
7x24小时移民专家热线：13671039588
地址：北京市朝阳区 光华路22号 光华路SOHO 2单元 11层 1107室
邮政编码：100020

ISO9001质量体系认证
加中贸易理事会会员
2011年最具有品牌影响力移民机构

公安部首批资质认证
教育部留学资质认证
2012年移民行业公信力品牌

成功率最高 · 免面试客户最多 · 服务品质最好

Google Translation of Body of Previous Page

Investment Security

Unable to translate text due to document formatting.

传统的直投项目（比区域中心项目更具优势）

**GOLDLINK 美加金联移民**

www.can-goldlink.com

## GSC 餐饮连锁项目申请条件

1、申请人年满 21 周岁；

2、申请人无犯罪记录；

3、申请人需拥有 50 万美元以上的资产，可以是赠与、继承等方式，但必须是取自合法正当的途径。

注:申请人无需有学历、语言、经商或工作经验的背景。



全国免费咨询热线：400-610-6008
工作日一线畅道：86-10-65264178
7x24小时移民专家热线：13671039588
地址：北京市朝阳区 光华路22号 光华路SOHO 2单元 11层 1107室
邮政编码：100020

ISO9001质量体系认证
加中贸易理事会会员
2011年最具有品牌影响力移民机构

公安部首批资质认证
教育部留学资质认证
2012年移民行业公信力品牌

成功率最高  ·  免面试客户最多  ·  服务品质最好

<u>Google Translation of Body of Previous Page</u>

## GSC catering chain project application conditions

1, the applicant at least 21 years of age;

2, the applicant no criminal record;

3, the applicant must have more than 500,000 US dollars of assets, can be gifts, inheritance, etc., but must be taken from legitimate and legitimate way.

Note: Applicants do not need to have academic background, language, business or work experience background.

传统的直投项目（比区域中心项目更具优势）

www.can-goldlink.com

**GOLDLINK 美加金联移民**

## GSC 餐饮连锁项目费用清单

| 收费项目 | 金额 |
|---|---|
| 服务费 | 一次付款：60000.00 人民币<br>分次付款：70000.00 人民币 |
| 投资款 | 500000.00 美元 |
| 律师费、项目管理费 | I-526、I-829 律师费 15000.00 美元<br>管理费 45000.00 美元 |
| I-526 申请费 | 1500.00 美元（每户家庭） |
| 翻译费 | 约 3000.00 人民币（根据申请人的材料、资产数额情况而不同） |
| 公证费 | 约 2000.00 人民币（根据申请人的材料、资产数额情况而不同） |
| NVC 签证费 | 405.00 美元（每人） |
| 体检费 | 约 3000.00 人民币（一家三口） |
| I-829 解除条件申请费 | 3750.00 美元<br>身份认证费 85.00 美元（每人） |

本资料仅供参考

全国免费咨询热线：400-610-6008
工作日一线畅通：86-10-65264178
7x24小时移民专家热线：13671039588
地址：北京市朝阳区 光华路22号 光华路SOHO 2单元 11层 1107室
邮政编码：100020

ISO9001质量体系认证
加中贸易理事会会员
2011年最具有品牌影响力移民机构

公安部首批资质认证
教育部留学资质认证
2012年移民行业公信力品牌

**成功率最高 · 免面试客户最多 · 服务品质最好**

Google Translation of Body of Previous Page

GSC food and beverage chain project cost list

| Charges | Amount of Money |
| --- | --- |
| Service Charge | One payment: RMB 600.00.00<br>Payments: RMB700.00.00 |
| Investment Funds | $ 500,000.00 |
| Lawyer fee, project management fee | I-526, I-829 Attorney Fee $ 15000.00<br>Management fee $ 45,000.00 |
| I-526 Application Fee | $ 1500.00 (per household) |
| Translation Fee | About RMB 3000.00 (depending on the applicant's material and the amount of assets) |
| Notary Fees | Approximately 2000.00 RMB (varies according to the applicant's material, the amount of assets) |
| NVC Visa Fee | $ 405.00 per person |
| Medical Expenses | About 3000.00 yuan (a family of three) |
| I-829 Release Fee | $ 3750.00<br>Identity $ 85.00 per person (per person) |

传统的直接项目（比区域中心项目更具优势）

**GOLDLINK 美加金联移民**

www.can-goldlink.com



全国免费咨询热线：400-610-6008
工作日一线畅通：86-10-65264178
7x24小时移民专家热线：13671039588
地址：北京市朝阳区 光华路22号 光华路SOHO 2单元 11层 1107室
邮政编码：100020

ISO9001质量体系认证          公安部首批资质认证
加中国易理事会会员          教育部留学资质认证
2011年最具有品牌影响力移民机构    2012年移民行业公信力品牌

成功率最高 · 免面试客户最多 · 服务品质最好

Google Translation of Body of Previous Page

GSC restaurant chain project application procedures

Unable to translate diagram due to document formatting.

传统的直投项目（比区域中心项目更具优势）

www.can-goldlink.com



# GSC 餐饮连锁项目所需文件

**所需文件**

主申请人的简历

全家出生证明公证

婚姻公证

全家无犯罪证明公证

主副申请人学历学位证复印件

全家身份证、户口簿、护照复印件

全家美国移民标准相片

公司的营业执照复印件

公司近 3 年财务报表复印件

房产证复印件、购房合同、发票、契税发票

股票账户开户资料、交割单的复印件

继承或赠予文件

换汇转款文件

**温馨提示**：美国投资移民申请需要的材料基本如上，根据每人的情况不同，会有所差异。我们公司的美国移民律师、资深文案会根据您的具体情况，为您量身制定申请方案并制作全套文案！

公司标识供参考

全国免费咨询热线：400-610-6008
工作日一线畅通：86-10-65264178
7x24小时移民专家热线：13671039588
地址：北京市朝阳区22号 光华路SOHO 2单元 11层 1107室
邮政编码：100020

ISO9001质量体系认证
加中贸易理事会会员
2011年最具有品牌影响力移民机构

公安部首批资质认证
教育部留学资质认证
2012年移民行业公信力品牌

成功率最高 · 免面试客户最多 · 服务品质最好

## Google Translation of Body of Previous Page

### GSC restaurant chain project required documents

**Needed File**

Resume of the main applicant

Family birth certificate notarized

Notarized marriage

Family without a crime certificate notarized

A copy of the master 's degree

Family identity card, residence booklet, passport copy

Family Immigration Standard Photo

A copy of the company 's business license

The company nearly three years a copy of the financial statements

Real estate license copy, purchase contract, invoice, deed tax invoice

Stock account account information, a copy of the delivery form

Inherit or gift documents

Exchange transfer documents

**Tips: US investment immigration applications need the basic material, according to each person's situation, will be different. Our company's US immigration lawyer, senior copywriter will be based on your specific circumstances, tailor-made for your application program and make a full copy of the copy!**

**GOLDLINK 美加金联移民**

www.can-goldlink.com

## GSC 餐饮连锁项目常见问题

**1、美国投资移民就业机会计算方式有哪些？**

答：美国移民法规定，每份投资移民申请必须创造至少 10 个就业机会，这 10 个就业机会包括直接就业机会、间接就业机会、诱发就业机会。直接就业机会是按所在岗位就业的真实人数统计上报移民局即可，是无争议的就业机会，对转永久绿卡有充分保证。间接就业机会、诱发就业机会是通过经济学家的一些计算公式计算出的，是有争议的就业机会，对转永久绿卡存在风险。

**2、为什么创造直接就业机会的 EB-5 项目更具优势，审批速度更快？**

答：直接就业机会是按所在岗位就业的真实人数统计上报移民局，是真实的、毫无争议的，这种方式一目了然，美国移民局非常欢迎创造直接就业机会的项目，所以 I-526 的审批速度很快。比如维尔兰特生物能源项目，由于创造的是直接就业机会，并超出移民局所要求的 10 个就业数，因此该项目已有一个成功案例打破了行业最快纪录——13 天获 I-526 审批通过。

而间接就业机会、诱发就业机会的计算公式虽然得到了美国移民局的认可，但计算方式众多，目前没有任何权威的计算方法，美国移民局不得不聘用经济学家对每个区域中心创造的间接就业机会、诱发就业机会进行重新计算和严格审查，造成区域中心申请周期长达 12 个月以上，以及某些区域中心夸大就业人数，导致申请被拒。

**3、什么是直投项目，什么是区域中心项目？**

答：美国投资移民方式主要分为直接投资移民项目和区域中心投资移民项目，直投项目是传统的美国移民项目，而区域中心项目则是"后来者"，是试点项目。直投项目是申请人将资金直接投入在创造就业机会的实体里面，所创造的就业机会全部为毫无争议的直接就业机会。区域中心项目是申请人将资金通过移民局批准的投资移民区域中心（Regional Center），间接的投入到创造就业机会的实体里，所创造的就业机会绝大多数为间接就业机会或诱发就业机会。

以下转译自美国移民局官方网站：

网址：http://www.uscis.gov/ilink/docView/AFM/HTML/AFM/0-0-0-1/0-0-0-6330/0-0-0-8263.html

**直投项目—即基础（非试点）项目：**

《移民和国际法案》第 203（b）(5)项规定每个财政年度最多有 10000 个签证名额签发给在美国投资创办全新的商业企业或正在积极投资创办全新的商业企业的外国企业家（及他们的配偶和未婚的未成年的子女）；

本资料仅供参考

---

全国免费咨询热线：400-610-6008
工作日一线畅通：86-10-65264178
7x24小时移民专家热线：13671039588
地址：北京市朝阳区 光华路22号 光华路SOHO 2单元 11层 1107室
邮政编码：100020

ISO9001质量体系认证
加中贸易理事会会员
2011年最具有品牌影响力移民机构

公安部首批资质认证
教育部留学资质认证
2012年移民行业公信力品牌

成功率最高 · 免面试客户最多 · 服务品质最好

Google Translation of Body of Previous Page

GSC Catering Chains Frequently Asked Questions

**1, the United States investment immigration opportunities for employment?**

A: The US Immigration Act stipulates that every investment immigration application must create at least 10 jobs, including 10 job opportunities, direct employment opportunities, indirect employment opportunities, and employment opportunities. Direct employment opportunities are based on the actual number of jobs in the job reported to the immigration office can be, is the undisputed employment opportunities, turn the permanent green card is fully guaranteed. Indirect employment opportunities, induced employment opportunities are calculated by economists' calculated formulas, are controversial jobs, and there is a risk of turning against permanent green cards.

**2, why create direct employment opportunities EB-5 project more advantages, approval faster?**

A: The direct employment opportunity is reported by the actual number of jobs employed by the immigration office, is true, uncontested, this way at a glance, the US immigration is very welcome to create direct employment opportunities, so I-526 approval high speed. For example, the Wilhelm Bioenergy Project, which has created a direct record, has exceeded one of the 10 jobs required by the USCIS, so the project has a success story to break the industry's fastest record - 13 days approved by I-526 by.

The indirect employment opportunity, the formula for calculating employment opportunities, although approved by the USCIS, but there are many ways to calculate, there is no authoritative calculation method, the US immigration has to hire economists for each regional center to create indirect Employment opportunities, induced employment recalculation and rigorous review, resulting in a regional center application period of up to 12 months or more, and some regional centers exaggerate the number of employees, resulting in the application was rejected.

**3, what is the direct investment project, what is the regional center project?**

A: The US investment immigration is mainly divided into direct investment immigration projects and regional centers to invest in immigration projects, direct investment projects are traditional US immigration projects, and regional centers project is "late", is a pilot project. The direct investment project is that the applicant puts the funds directly into the entity that creates the job, and the job opportunities created are all uncontested direct employment opportunities. The Regional Center project is the applicant's ability to transfer funds through the Regional Center of Investment Immigration, which is indirectly invested in the creation of employment opportunities. Most of the job opportunities created are indirect employment opportunities or employment opportunities.

The following translations from the US immigration official website:

URL: http://www.uscis.gov/ilink/docView/AFM/HTML/AFM/0-0-0-1/0-0-0-6330/0-0-0-8263.html

**Direct investment project - the basic (non-pilot) project:**

Article 203 (b) (5) of the Immigration and International Act provides that up to 10,000 visa places per fiscal year are issued to foreign entrepreneurs who have invested in a new business enterprise in the United States or are actively investing in a new business enterprise And their spouse and unmarried minor children);

传统的直投项目（比区域中心项目更具优势？）

GOLDLINK
美加金联移民
www.can-goldlink.com

## GSC 餐饮连锁项目常见问题

所指的全新商业企业可采用任何合法的商业模式，包括有限合伙企业，须有益于美国经济并且直接创造不少于 10 个全职工作符合要求的雇员（即美国公民、永久居民及其他被授权合法工作的移民），房产等非商业活动则不符合要求。总的来讲，该法案规定投资额至少为 100 万美元。

区域中心——试点项目：
该项目最初于 1992 年实施。每年 10000 个 EB-5 签证名额中有 3000 个拨给在美国移民局制定的"区域中心"进行投资的外国人以促进经济发展、提高区域生产力、创造就业及增加国内资本投资。

**4、为什么直投项目的投资额有 100 万美金和 50 万美金？**
答：常规直投项目为 100 万美金。美国政府为了鼓励投资者去那些最需要创造就业机会的地区投资，在《移民和国际法案》第 203（b）(5)（B）条中规定：从 10000 个签证名额中选拔出 3000 个名额给在"目标就业地区"投资的外国人，该法案将这些"目标就业地区"定义为偏远（农村）地区或拥有高失业率的地区（TEA 地区）。目前，在这些地区投资的投资额为 50 万美金。

以上转译自美国移民局官方网站：
网址：http://www.uscis.gov/ilink/docView/AFM/HTML/AFM/0-0-0-1/0-0-0-6330/0-0-0-8263.html

**5、直投项目为什么比区域中心项目更具优势？**
答：直投项目创造的就业机会是毫无争议的直接就业机会，很受美国移民局的欢迎，这使得 I-526 审核周期大幅度缩短，比如尔兰特生物能源项目已有一个成功案例，便创造了 13 天获 I-526 审批通过的行业最快纪录。

而区域中心项目几乎都是间接、诱发的就业机会"混搭"，计算方式众多，目前没有任何权威的计算方法，美国移民局不得不聘用经济学家对每个区域中心创造的间接就业机会、诱发就业机会进行重新计算和严格审查，造成区域中心申请周期长达 12 个月以上，以及某些区域中心夸大就业人数，导致申请被拒。这不仅增加了 I-526 审批周期，同时也增大了转 I-829 永久绿卡的风险。

特别是从 2012 年下半年以来，区域中心项目剧增，项目鱼龙混杂、良莠不齐，通过区域中心项目实现移民的人数激增，美国政府对于区域中心审查变得越来越严格，随着区域中心审查的加强，成功率必然下降，直投项目成功率高的优势就会越来越突出。

**6、为什么挑选 EB-5 项目首要考虑所属行业是否安全稳定？**
答：选择 EB-5 项目首要考虑所属行业的稳定性。受经济波动影响较小、收益稳定的行业，意味着项目具有极高的抵御风险的能力，以及拥有可预计的利润，这对投资款的安全、I-829 的解除有着至关重要的影响。

本资料版权所有

全国免费咨询热线：400-610-6008
工作日一线畅通：86-10-65264178
7x24小时移民专家热线：13671039588
地址：北京市朝阳区 光华路22号 光华路SOHO 2单元 11层 1107室
邮政编码：100020

ISO9001质量体系认证
加中贸迆理事会会员
2011年最具有品牌影响力移民机构

公安部首批澳团认证
教育部留学资质认证
2012年移民行业公信力品牌

**成功率最高 · 免面试客户最多 · 服务品质最好**

<u>**Google Translation of Body of Previous Page**</u>

**GSC Catering Chains Frequently Asked Questions**

The new business enterprise referred to may use any legal business model, including a limited partnership, to be beneficial to the US economy and to create not less than 10 full-time jobs directly to eligible employees (ie, US citizens, permanent residents and other authorized persons Legal work of immigrants), real estate and other non-commercial activities do not meet the requirements. In general, the bill provides for an investment of at least $ 1 million.

Regional Center ---- Pilot Project:
The project was originally implemented in 1992. Each of the 10,000 EB-5 visa places is allocated to foreigners investing in the "regional centers" developed by the USCIS to promote economic development, increase regional productivity, create jobs and increase domestic capital investment.

**4, why direct investment in the project investment of 1 million US dollars and 500,000 US dollars?**

A: The conventional direct investment project is $ 1 million. In order to encourage investors to invest in areas that are most in need of job creation, Section 203 (b) (5) (B) of the Immigration and International Act provides for the selection of 3,000 places from 10,000 visa places Foreigners who invest in "target areas of employment", which define these "target areas of employment" as remote areas (rural) or areas with high unemployment (TEA region). At present, the investment in these areas of investment of 500,000 US dollars.

Above translated from the US immigration official website:
URL: http://www.uscis.gov/ilink/docView/AFM/HTML/AFM/0-0-0-1/0-0-0-6330/0-0-0-8263.html

**5, direct investment projects why more than the regional center project advantage?**

A: The direct employment opportunities created by the direct investment project are uncontested direct employment opportunities and are well welcomed by the USCIS, which has resulted in a significant reduction in the I-526 audit cycle, such as the success story of the Velrante Bioenergy Project, It created a 13-day I-526 approved by the industry's fastest record.

And the regional center projects are almost all indirect, induced employment opportunities "mashup", the calculation is numerous, there is no authoritative calculation method, the US immigration has to hire economists for each regional center to create indirect employment opportunities, induced Employment opportunities for recalculation and rigorous scrutiny, resulting in a regional center application period of more than 12 months, and some regional centers exaggerate the number of employees, resulting in the application was rejected. This not only increases the I-526 approval cycle, but also increases the risk of turning the I-829 permanent green card.

In particular, since the second half of 2012, regional centers have increased dramatically, projects are quite mixed, and the number of immigrants through regional centers has surged, and the US government has become more and more rigorous for regional centers. With the strengthening of regional centers , The success rate will inevitably decline, direct investment project success rate will be more and more prominent advantages.

6, why the selection of EB-5 project first consider whether the industry is safe and stable?

A: Select EB-5 project to consider the stability of the industry. The industry, which is less affected by economic fluctuations and has a stable income, means that the project has a high risk of risk and a predictable profit, which has a crucial impact on the security of the investment and the lifting of the I-829.

传统的直投项目（比区域中心项目更具优势）

**GOLDLINK 美加金联移民**

www.can-goldlink.com

## GSC 餐饮连锁项目常见问题

**7、此项目是否坐落在"目标就业地区(TEA)"里？**

答：是的。每一个餐馆都位于 TEA 区域，故投资额为 50 万美元。

**8、GSC 餐饮连锁项目是不是一个区域中心的项目？**

答：否，GSC 项目是一个直接投资的 EB-5 项目，不在区域中心里面。

**9、GSC 餐饮连锁项目会产生多少就业机会？**

答：此项目会创造出 156 个直接的就业机会。所有的工作都是直接雇佣的。公司也将在每个运营季度为每位投资者提供雇佣证明文件证明直接就业雇用状态。

**10、资金的来源以及用途如何安排？**

答：所投入的资金将会用来：

i) 建设；

ii) 设备；

iii) 运营及营销；

iv) 公司所需要的其他流动资金。

**11、谁是 GSC 餐饮连锁项目的投资方？**

答：项目投资方是 Gold Star, Inc。 创始于 1965 年，并成为俄亥俄州辛辛那提市独特口味的快餐连锁品牌。Gold Star, Inc. 是一家私人公司，如今在 Ohio, Kentucky, and Indiana 州运营着 90 多家美式辣肉酱餐馆。

**12、我如何知道这个项目会有足够的资金用来投入？**

答：Gold Star, Inc. 签署有投资保证书，每个连锁餐馆会投入约$250,000 美元。Gold Star, Inc. 有足够的经济实力来保证投资总额及时的投入项目。

**13、整个项目本身的开发周期以及相关的移民流程时间表如何安排？**

答：单店开工 100 天左右投入运营，每期开工 3-4 家，GSC 预计在 16 个月内使 12 家店投入运营。而 EB-5 投资者转 I-829 永久绿卡最早会在 2015 年 5 月，所以不会存在就业不到位的情况。

**14、项目的投资退出方式如何？投资者的还款顺位如何安排？**

答：3 年后，项目提供两种还款渠道：1）带租约的房产出售 +2）每年项目运营利润的 80%。GSC 餐饮连锁项目的资金只有项目方和 EB-5 投资人，没有银行贷款和其他投资人，EB-5 投资人是优先股，为第一顺位还款。

全国免费咨询热线：400-610-6008

工作日一线畅通：86-10-65264178

7x24小时移民专家热线：13671039588

地址：北京市朝阳区 光华路22号 光华路SOHO 2单元 11层 1107室

邮政编码：100020

ISO9001质量体系认证

加中贸易理事会会员

2011年最具有品牌影响力移民机构

公安部首批资质认证

教育部留学资质认证

2012年移民行业公信力品牌

**成功率最高 · 免面试客户最多 · 服务品质最好**

Google Translation of Body of Previous Page

GSC Catering Chains Frequently Asked Questions

7, is this project located in the "target area of employment (TEA)"?

A: Yes. Each restaurant is located in the TEA area, so the investment amount of 500,000 US dollars.

8, GSC restaurant chain project is not a regional center project?

A: No, the GSC project is a direct investment in the EB-5 project, not in the regional center.

9, GSC restaurant chain project will have a number of job opportunities?

A: This project will create 156 direct jobs. All the work is directly hired. The company will also provide employment proofs for each investor in each operating quarter to demonstrate direct employment status.

10, the source of funds and how to use the arrangement?

A: The funds invested will be used to:
I) construction;
Ii) equipment;
Iii) operations and marketing;
Iv) other liquidity required by the company.

11, who is the investor of the GSC restaurant chain project?

A: The project investor is Gold Star, Inc. Founded in 1965, and became the unique taste of Cincinnati Ohio fast food chain brand. Gold Star, Inc. is a privately held company that operates more than 90 American Spicy Meat Restaurants in Ohio, Kentucky, and Indiana.

12, how do I know that this project will have enough money to invest?

A: Gold Star, Inc. has an investment guarantee, and each chain restaurant will invest about $ 250,000. Gold Star, Inc. has sufficient economic strength to ensure that the total investment will be timely investment projects.

13, the entire project itself, the development cycle and the relevant migration process schedule how to arrange?

A: single shop started about 100 days into operation, each start 3-4, GSC is expected in 16 months to 12 stores into operation. And EB-5 investors to I-829 permanent green card will be the earliest in May 2015, so there will be no employment situation is not in place.

**14, the project's investment exit how? How does the investor pay back the arrangement?**

A: 3 years later, the project provides two kinds of repayment channels: 1) with a lease of real estate sales + 2) 80% of the annual project operating profit. GSC restaurant chain project funds only project side and EB-5 investors, no bank loans and other investors, EB-5 investors are preferred shares, for the first overall repayment.



传统的直投项目\比区域中心项目更具优势？

www.can-goldlink.com

## GSC 餐饮连锁项目常见问题

**15、GSC 餐饮连锁项目风险大吗？项目一旦失败，投资人能得到补偿吗？**

答：餐饮行业是全美雇佣人数最多的前 5 名产业，快速餐饮占全美餐饮市场的 58.3%，销售额占全美餐饮的 50.8%，行业稳定，风险小，无需担心项目会失败。

本项目还款方式是带租约的房地产出售，总购买价值 680 万美金，装修投入使用后最低价值为 764 万美金，投资人投资款会得到足够的保证。

**16、EB-5 资金在申请阶段有银行监管吗？项目方后期资金运作谁来监督？**

答：直投的 EB-5 资金有银行监管，要签署监管协议。项目方后期资金运作会由 MASON 公司来监督。

**17、直投项目的就业人数统计如何确认每个就业职位都是真实必要的？**

答：直投项目的商业计划书中详细说明了根据行业、规模需要多少个职位，每个职位的工作职责都不可或缺和不重复。

**18、直投项目需要 EB-5 投资人参与管理经营吗？**

答：直投项目有专业的管理团队，不需要 EB-5 投资人参与管理。

**19、直投项目近期才出现，不知将来是否会出问题，需要时间来观察？**

答：早在 1990 年美国投资移民开始时，直投就开始运作，历史悠久，模式成熟，移民局批复时间短。



全国免费咨询热线：400-610-6008
工作日一线畅通：86-10-65264178
7x24小时移民专家热线：13671039588
地址：北京市朝阳区 光华路22号 光华路SOHO 2单元 11层 1107室
邮政编码：100020

ISO9001质量体系认证
加中贸易理事会会员
2011年最具有品牌影响力移民机构

公安部首批资质认证
教育部留学资质认证
2012年移民行业公信力品牌

成功率最高 · 免面试客户最多 · 服务品质最好

<u>**Google Translation of Body of Previous Page**</u>

**GSC Catering Chains Frequently Asked Questions**

**15, GSC restaurant chain project risk big? Will the investor be compensated if the project fails?**

A: The food and beverage industry is the largest number of employees in the nation's top five industries. Fast food accounts for 58.3% of the total food and beverage market, accounting for 50.8% of the total food and beverage industry. The industry is stable and the risk is small. There is no fear that the project will fail.
The project is repayment of the real estate for the sale of the lease, the total purchase value of 6.8 million US dollars, the lowest value of the decoration after the use of 764 million US dollars, investors will get enough investment guarantee.

**16, EB-5 funds in the application phase of banking supervision? Who will supervise the operation of the project?**

A: Direct investment EB-5 funds have bank supervision, to sign a regulatory agreement. The project side fund operation will be supervised by MASON company.

**17, direct investment project employment statistics how to confirm each job is true and necessary?**

A: The business plan of the direct investment project details how many jobs are required according to the industry and the size of each job is indispensable and non-repetitive.

**18, direct investment projects need EB-5 investors involved in the management of business?**

A: Direct investment project has a professional management team, do not need EB-5 investors to participate in management.

**19, direct investment projects only recently appeared, I do not know whether the future will be a problem, take time to observe?**

A: As early as 1990 when the US investment immigrants began, direct investment began to operate, has a long history, the model is mature, immigration approval time is short.

Case 4:17-cv-00460-MRB Doc #: 1-1 Filed: 07/06/... age: 61

传统的直投项目（比区域中心项目更具优势）

**GOLDLINK 美加金联移民**

www.can-goldlink.com

## 公司部分荣誉



代理理与美国加州众院议员蒋州
华主任 Mr.Jerry L.Chang 合影



总经理与文上田等湖南书记之弟现
任市长等基金、其主任等世界合影



总经理与美国加州下号市
... Mr.Mark Gran 合影



总经理与美国南加州波莫纳市副
市长 Mr.Stephen Atchley 合影



总经理与阿拉巴马市长 Ms.Jamie
Tillery（右一）国际投资美国中心主
任 Mr.Ron Drinkard（左一）合影



总经理与 Mason Investment 公
司总裁齐于乐先生合影



总经理与美国凯撒市省会市长
Mr Jim Thompson 合影



总经理与公司特别顾问美国移民前移民
官兼上诉复议法官雷吉·休斯先生合影



总经理与 FinnInt 风险评估公司合伙人
Kevin Jeffers（左一）PN 霍夫曼公司首席运
营官总裁 MontyHoffman（右一）合影



总经理与美国亚利桑达州区域中
心总裁 Mr.Kyle Scott 合影



总经理与美国海润基金管理公司
总裁兼 CEO 王晓鹏先生合影



总经理与美国驻华大使馆官员
Mr.Richard Craig 合影

---

全国免费咨询热线：400-610-6008
工作日一线畅通：86-10-65264178
7x24小时移民专家热线：13671039588
地址：北京市朝阳区 光华路22号 光华路SOHO 2单元 11层 1107室
邮政编码：100020

ISO9001质量体系认证
加中贸易理事会会员
2011年最具有品牌影响力移民机构

公安部首批资质认证
教育部留学资质认证
2012年移民行业公信力品牌

成功率最高 · 免面试客户最多 · 服务品质最好

Google Translation of Body of Previous Page

Text beneath photos not translated.