# EXHIBIT F

# GSC EB5 Investor LLC
650 Lunken Park Drive
Cincinnati, Ohio 45226

July 31, 2015

VIA CERTIFIED MAIL AND EMAIL :

Mason Hill, LLC
Attn: Gary Chan
11285 Grooms Road
Cincinnati, Ohio 45242
Gary.chan@jardinhill.com
Terry.chan@jardinhill.com

Chen Baoyang
C/O Mason Hill, LLC

Liu Jihong
C/O Mason Hill, LLC

Yin Lijun
C/O Mason Hill, LLC

Yu Jing
C/o Mason Hill, LLC

Zhao Junru
C/O Mason Hill LLC

RE: DISSOLUTION OF GSC OPPORTUNITIES, L.P.

Mr. Chan,

    GSC EB5 Investor LLC ("Manager") is the Manager of GSC Opp Management LLC, an Ohio limited liability company ("General Partner") whose members are the Manager and Mason Hill, LLC ("Mason Hill") pursuant to an operating agreement effective May 7, 2013 ("Operating Agreement"). GSC Management is the general partner and currently the only admitted limited partner of GSC Opportunities, L.P., an Ohio limited partnership ("GSC Opportunities") pursuant to an Agreement of Limited Partnership effective May 7, 2013 ("LP Agreement"). Except as otherwise set forth in this letter, all capitalized but undefined terms shall have the same meaning as set forth in the LP Agreement.

    GSC Opportunities was formed more than two years ago for the purpose of investing in Gold Star Chili restaurant franchises in Targeted Employment Areas in the Dayton-Cincinnati-Lexington region of Southwest Ohio, Kentucky and Southeast Indiana pursuant to the Business

Plan attached to the LP Agreement. The individuals listed above, Chen Baoyang, Liu Jihong, Yin Lijun, Yu Jing and Zhao Junru (collectively the "Proposed Investors") have under the sole guidance and direction of Mason Hill, submitted $500,000 to an escrow account and submitted EB-5 applications for admission to the United States under USCIS EB-5 guidelines. Pursuant to the LP Agreement, the Proposed Investors are not Limited Partners until the approval of the initial EB-5 applications by the USCIS. Unfortunately, as of the date of this letter, the USCIS has not made a determination regarding the EB-5 application for the Business Plan or any of the Proposed Investors.

The Manager, by its sole member, Gold Star Chili, Inc., has continued to seek new locations and open and operate locations pursuant to the Business Plan, however, with no foreseeable decision from USCIS to approve the EB-5 application for the Business Plan or any of the Proposed Investors, the Manager has made a determination that it cannot continue to proceed with the Business Plan without the additional $2,500,000 USD to be provided by the Proposed Investors' admission as Limited Partners. The delay has made it practically impossible for the Manager to secure adequate locations for the additional Gold Star Chili franchise locations as it cannot sign leases and expend funds with no guaranty that the additional $2,500,000 USD to be provided by the Proposed Investors will be available for the Business Plan. As a result of the USCIS's failure to approve the EB-5 application for the Business Plan or any of the Proposed Investors, the Manager on behalf of the General Partner (which is also currently the sole limited partner of GSC Opportunities) hereby terminates GSC Opportunities. Further, upon the final dissolution of GSC Opportunities, the Manager will withdrawal from the General Partner pursuant to Section 10.1 of the Operating Agreement.

While we understand this is not the result the parties hoped would occur when this project was started over two years ago, the Manager believes it has no other option due to the delays in funding caused by the USCIS inaction. The Manager is providing this notice to you and the Proposed Investors so that you may work to find other investments for in which they may participate. We will work with you to smoothly transition such activities and will forward a plan of dissolution for the General Partner and GSC Opportunities shortly.

Sincerely,

GSC EB5 Investor LLC

_____

Roger David, Manager