UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

TERRY HONG-YIN CHAN and,
JACQUELYN ANGIULLI CHAN,

        Debtors.
_____/

BAOYANG CHEN,

    Plaintiff,

vs.

TERRY HONG-YIN CHAN and,
JACQUELYN ANGIULLI CHAN,

    Defendants.
_____/

Case No.: 6:18-bk-03297-KSJ
Chapter 7

Adversary Proceeding No.
No. 6:18-ap-00098

**JOINT MOTION FOR APPROVAL OF COMPROMISE**
**OF CLAIMS UNDER 11 U.S.C. § 523**

    Defendants, Terry Hong-Yin Chan and Jacquelyn Angiulli Chan (collectively, the "Defendants"), and Plaintiff, Baoyang Chen ("Plaintiff," and together with Defendants, the "Parties"), by and through their respective counsel, and pursuant to Local Rule 7001-1(r), hereby file this Joint Motion for Approval of Compromise of Claims Under 11 U.S.C. § 523. In support, the Parties state as follows:

    1.    On September 7, 2018, the Plaintiff filed his Complaint to Determine Dischargeability of Debts (Doc. 1) (the "Complaint") seeking to except alleged debts from discharge under 11 U.S.C. § 523.

1

2. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(e) and (f). Venue of this matter is appropriate with this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

3. The Parties have negotiated a settlement resolving all claims in the Complaint.

4. Pursuant to this settlement, the Parties request that the Court enter stipulated judgments in the forms attached hereto as Exhibit A ($200,000.00 as to Terry Chan) and Exhibit B ($15,000.00 as to Jacquelyn Chan) (collectively, the "Stipulated Judgments").

5. The settlement and Stipulated Judgments provide that no execution shall issue or any other acts to collect on the Stipulated Judgments, except recording and registering them, until thirty-six (36) months after the entry of the Stipulated Judgments to permit Plaintiff to seek recovery from third parties. The Stipulated Judgments instruct the Clerk not to permit any such writs until after that period has passed.

6. The settlement also provides that the Defendants shall receive a dollar-for-dollar reduction of the amounts due under the Stipulated Judgments for the gross amount recovered by Plaintiff from third parties.

7. The dollar-for-dollar reduction of the amount due from Terry Chan begins once Plaintiff has a gross recovery of $250,000.00 from third parties or other sources. For clarification and as an example, if Plaintiff recovers $325,000.00 from third parties or other sources, the outstanding balance of the judgment against Terry Chan would be reduced to $125,000.00 ($200,000.00 - $75,000.00).

8. The dollar-for-dollar reduction of the amounts due from Jacquelyn Chan begins once Plaintiff has a gross recovery of any amounts from third parties or other sources. For clarification and as an example, if Plaintiff recovers $10,000.00 from third parties or other

sources, the outstanding balance of the judgment against Jacquelyn Chan would be reduced to $5,000 ($15,000.00 - $10,000.00).

9. The settlement also permits Terry Chan and Jacquelyn Chan to pay off the outstanding amounts owed under either Stipulated Judgment at any time.

10. Terry Chan and Jacquelyn Chan have the right to request an accounting of funds recovered by Plaintiff pursuant to the settlement. Plaintiff must also inform Terry Chan and Jacquelyn Chan if he recovers any funds from third parties or other sources and provide an accounting of funds to Terry Chan and Jacquelyn Chan at the end of thirty-six months after entry of the Stipulated Judgments or upon request for a payoff, pursuant to the settlement.

11. The Parties request that this Court retain jurisdiction over the Stipulated Judgments to resolve any disputes under the Settlement Agreement regarding the outstanding balances of the Stipulated Judgments after any future recovery is made by Plaintiff.

12. The settlement also provides that Terry Chan and Jacquelyn Chan shall release Plaintiff from all claims, and that Plaintiff shall release Terry Chan and Jacquelyn Chan from all claims over and above the amounts of the Stipulated Judgments. It also requires that Plaintiff drop or dismiss, as appropriate, Terry Chan and Jacquelyn Chan from other pending lawsuits.

13. The settlement also provides that Terry Chan and Jacquelyn Chan shall cooperate with Plaintiff in other pending lawsuits, and that Terry Chan and Jacquelyn Chan agree to waive the attorney-client privilege as to certain matters.

14. Pursuant to the settlement, the Parties make no admissions of any liability as to any allegations in this matter.

15. Accordingly, the Parties submit that settlement is in the best interest of the Parties and request entry of an Order approving the settlement.

WHEREFORE, the Parties respectfully request that this Court enter an Order (i) approving the settlement, (ii) entering the Stipulated Judgments in the form as attached, (iii) retaining jurisdiction over the settlement and the Stipulated Judgments to determine any future balances due thereunder, and (iv) granting such other such relief as the Court deems just and proper.

Dated: November 19, 2019

| | |
|---|---|
| /s/ *Michael A. Nardella (per email authorization November 19, 2019)*<br>Michael A. Nardella, Esq.<br>Florida Bar No. 51265<br>John J. Bennett, Esq.<br>Florida Bar No. 98257<br>NARDELLA & NARDELLA, PLLC<br>135 W. Central Blvd., Suite 300<br>Orlando, FL 32801<br>Telephone: (407) 966-2676<br>mnardella@nardellalaw.com<br>jbennett@nardellalaw.com<br>service@nardellalaw.com<br>**COUNSEL FOR DEFENDANTS** | /s/ *Christopher D. Cathey*<br>Christopher D. Cathey, Esq.<br>Florida Bar No. 0663255<br>PORTER, WRIGHT, MORRIS, & ARTHUR, LLP<br>250 E. Fifth Street, Suite 2200<br>Cincinnati, OH 45202<br>Telephone: (513) 369-4214<br>Facsimile: (513) 421-0991<br>ccathey@porterwright.com<br><br>**COUNSEL FOR PLAINTIFF** |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished via electronic mail using the Court's CM/ECF system on November 19, 2019 to all parties participating in CM/ECF in the instant case.

*/s/ Christopher D. Cathey*
Christopher D. Cathey, Esq.

12922894v.1

DMS/12922894v.1