UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

TERRY HONG-YIN CHAN and,
JACQUELYN ANGIULLI CHAN,                    Case No.: 6:18-bk-03297-KSJ
                                            Chapter 7
                Debtors.
_____/

BAOYANG CHEN,

        Plaintiff,

vs.                                         Adversary Proceeding No.
                                            No. 6:18-ap-00098
TERRY HONG-YIN CHAN and,
JACQUELYN ANGIULLI CHAN,

        Defendants.
_____/

**STIPULATED FINAL JUDGMENT AS TO TERRY HONG-YIN CHAN**

        **THIS MATTER** came before the Court upon the consent of the Debtor and Defendant

Terry Hong-Yin Chan ("Defendant") to the entry of a stipulated Final Judgment.  The Court,

after being informed of the Defendant's agreement to the entry of this Final Judgment, holds that

it is

- 1 -

**ORDERED, ADJUDGED, AND DECREED** as follows:

1.      Final Judgment is entered in favor of Plaintiff, Baoyang Chen, and against Defendant, Terry Hong-Yin Chan, in the amount of $200,000.00, to accrue interest at the current per annum federal rate from the date of this Judgment, which amount shall be excepted from discharge under 11 U.S.C. § 523.  The sum provided for under this Final Judgment shall not be subject to execution of any kind until thirty-six (36) months have passed from the date of entry of this Final Judgment, and only thereafter may execution issue.  The Clerk is hereby prohibited from the issuance of any writs or other instruments of execution or collection until at least thirty-six (36) months after the date of the entry of this Final Judgment.

2.      The parties hereto, through their undersigned counsel, consent to entry of this Final Judgment.  Counsel for Defendant further acknowledges that the debt owed by Defendant to Plaintiff under Paragraph 1 of this Final Judgment is excepted pursuant to 11 U.S.C. § 523 from any discharge granted the Defendant in the underlying bankruptcy case or otherwise and is not dischargeable by the Defendant.

| | |
|---|---|
| /s/ *Michael A. Nardella* | /s/ *Christopher D. Cathey* |
| Michael A. Nardella, Esq. | Christopher D. Cathey, Esq. |
| Florida Bar No. 51265 | Florida Bar No. 0663255 |
| John J. Bennett, Esq. | PORTER, WRIGHT, MORRIS, & ARTHUR, LLP |
| Florida Bar No. 98257 | |
| NARDELLA & NARDELLA, PLLC | 250 E. Fifth Street, Suite 2200 |
| 135 W. Central Blvd., Suite 300 | Cincinnati, OH 45202 |
| Orlando, FL  32801 | Telephone: (513) 369-4214 |
| Telephone: (407) 966-2676 | Facsimile: (513) 421-0991 |
| mnardella@nardellalaw.com | ccathey@porterwright.com |
| jbennett@nardellalaw.com | |
| service@nardellalaw.com | |

**COUNSEL FOR DEFENDANTS**      **COUNSEL FOR PLAINTIFF**

Attorney Christopher Cathey, Esq. is directed to serve a copy of this judgment on all interested parties and file a proof of service within 3 days of entry of the order.